UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LP SMOKE AND VAPE INC. et al.,<br><br>　　　　Defendants. | Case No. 2:22-cv-05400-SB-PVC<br><br>ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION |

　　On September 19, 2022, Plaintiff filed proof that Defendants LP Smoke and Vape Inc., Sally Kevorkian, and Hilal Omeych were served on September 12, 2022.  Dkt. Nos. 19, 20, 21.  Defendants filed a stipulation extending the time to file a responsive pleading on September 20, 2022.  Dkt. No. 22.  Responsive pleadings were due on November 2, 2022.  None has been filed and Plaintiff has not sought entry of default or default judgment.  Plaintiff is ordered to show cause, in writing, no later than November 15, 2022, why this action should not be dismissed for lack of prosecution.

　　The Court will consider as an appropriate response to this Order to Show Cause the filing, on or before the above date, of an application for entry of default under Rule 55(a).  Upon such filing, this Order to Show Cause will be automatically discharged without further order.  Failure to timely respond to the Order to Show Cause will result in the dismissal without prejudice of the action in its entirety.

　　No oral argument on this matter will be heard unless otherwise ordered by the Court.  See Fed. R. Civ. P. 78; L.R. 7-15.

IT IS SO ORDERED

Date: November 9, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge